Lewis Phon, Esq.   #74907
LAW OFFICES OF LEWIS PHON
4040 Heaton Court
Antioch, CA  94509
(415) 574-5029 tel
(415) 706-7600 fax

Proposed Attorney for Debtors
Norman and Cecilia Exline

UNITED STATES BANKRUPTCY COURT

IN THE NORTHERN DISTRICT OF CALIFORNIA

In re:                                         CASE NO: 12-49146-WL

Norman John Exline and

Cecilia King Exline,                           CHAPTER 11

 

                                           **EX PARTE APPLICATION TO EMPLOY LEWIS PHON AS ATTORNEY FOR THE ESTATE**

Debtor(s).
_____/

We, Norman and Cecilia Exline, the debtors and applicants herein, respectfully represent:

1. On or about November 12, 2012, we filed our petition for reorganization under Chapter 11 of the Bankruptcy Code. Robert Borris has been our Chapter 11 attorney since that time. However, we have not seen any further progress on our case and feel that we need to work on finalizing our case. We have asked Mr. Borris about when a plan should be filed and he has been unable to give us specific information as to

Page 1: APPLICATION TO EMPLOY LAW FIRM

what we should do next. We, therefore, have sought to find other legal counsel to assist us. After our conversation with Mr. Borris, we have decided to retain Lewis Phon and his law office to continue with the prosecution of our case.

2. We, therefore, wish to employ Lewis Phon and his law office, (hereinafter "attorney"), to assist us with the preparation of a plan and disclosure statement, to provide us with advice and counseling as to our bankruptcy proceedings, to respond to motions and pleadings, to attend court hearings on our behalf, and to prepare a final decree.

3. We have selected Mr. Phon for the reason that he has agreed to assist us with this bankruptcy filing and will be able to advise us on our obligations during this bankruptcy proceeding.

4. We first met with Mr. Phon on July 11, 2013 to discuss our Chapter 11 case and have never before hired him for anything. Mr. Phon did not ask to be paid for the consultation nor have we paid him any monies. Therefore, we do not owe him any monies.

5. Mr. Phon's hourly rate is $300.00. Mr. Phon has agreed to represent us at the above hourly rate and under his retainer agreement subject to the approval of this court. Attached and incorporated by reference is a copy of the retainer agreement with Mr. Phon. Mr. Phon is requesting a post petition retainer of $15,000.

6. To the best of our knowledge, neither Attorney nor any member of his office has any interest adverse to us or our estate in any of the matters upon which he is to be engaged,

and we believe attorney's employment would be in the best interests of this estate. Further, neither Attorney nor any member of his office is an insider, has or holds any interests of ours, is related to us in any way except as our attorney and otherwise has no stake in our assets or liabilities. Further, neither Attorney nor any member of his staff is related to us, or our accountants or attorneys, except as our attorney, or to our creditors, or their respective attorneys or accountants, to the U.S. trustee, the trustee's staff or members of its office, or any other party in interest.

WHEREFORE, We pray that we be authorized to employ Attorney and that we have such other and further relief as is just.

Respectfully submitted,

DATED: 7/17/2013

/s/ Norman John Exline
_____
Norman John Exline

DATED: 7/17/2013

/s/ Cecilia Exline
_____
Cecilia Exline

K:\data55\exline/ ex parte application for employment

Page 3: APPLICATION TO EMPLOY LAW FIRM

Case: 12-49146   Doc# 40   Filed: 07/30/13   Entered: 07/30/13 22:22:37   Page 3 of 8

# LAW OFFICES OF LEWIS PHON

4040 Heaton Court
Antioch, California 94509

(415) 574-5029 tel
(925) 706-7600 fax

## HOURLY FEE AGREEMENT

To: Norman and Cecilia Exline:

This agreement, when signed by you, and countersigned by us, will serve to detail the scope and terms by which we will provide legal representation to you in the matter of:

Representation in the existing Chapter 11 case filed in the Northern District of California, U S Bankruptcy Court.

**I.     COMPENSATION**

As full and sole compensation for providing the services referred to herein, you agree to pay us at the hourly rate of $300.00 plus any filing fees. A post petitioner retainer of $15,000 is requested subject to the approval of the court.

If the payment of the retainer is approved and remains unpaid, after court approval, we may seek withdrawal from your case and advise you to retain new counsel. We, of course, will take such steps to minimize foreseeable prejudice to you, if necessary, should there be insufficient time for you to retain new counsel. We will bill at the reasonable hourly rate stated in this contract should we be required to take these minimum steps prior to withdrawal. However, no payment is required unless there is court approval.

**II.    COSTS**

In addition thereto, you will be responsible for repaying all costs we incur in the course of this litigation, subject to court approval, in accordance with the court's scheduled allowance for costs. Such costs include, without in any way limiting the generality of the foregoing, travel expenses, process server fees, investigative expenses, jury fees, filing fees, expert witness fees, long distance and message unit telephone costs, transcript costs, fee of arbitration, typing costs, photocopying costs, postage, and all costs of discovery and disposition.

**III.   ATTORNEY'S LIEN**

Any unpaid fees and costs incurred herein shall constitute a lien upon any recovery, judgment or settlement made in this matter, subject to court approval.

## IV. DISCLAIMER OF GUARANTEE

We have made and make no guarantee or representation concerning the eventual success or outcome of your position in this matter, nor of any portion of it.

## V. TERMINATION

You can terminate our representation of you at will, by notice to us. In such event, we shall be authorized only to do such further work as is reasonably necessary to conclude and wind down our involvement in this matter on your behalf.

## VI. BILLINGS

We shall render to you itemized, periodic statements of account showing services performed and fees incurred. These billings are payable upon court approval. We will apply to the court for all fees and expenses that become due. You shall be deemed to receive a statement of account the day it is mailed or the day of actual delivery, whichever comes first. Any billings that become due and unpaid pursuant to the terms herein will bear interest at ten percent (10%) per annum, subject to court approval.

## VII. LIMITATION ON SCOPE OF REPRESENTATION

By this agreement, we agree to represent you as follows:

Representation in the existing Chapter 11 case filed in the Northern District of California, U S Bankruptcy Court. Attorney will assist clients with the filing of a plan and disclosure statement, attendance at court hearings, filing of monthly operating reports and filing of motions to value, if necessary.

Law Offices of Lewis Phon will not perform services in the following circumstances:

> 1. Appeal of any judgment, arbitration award or final hearing resulting from litigation in this matter unless otherwise agreed to in writing. Any additional services required must further be stated in writing.

## VIII. DISCLAIMER OF ESTIMATE

At this time, it is not possible for us to give an estimate of how much of our time will be required in this matter, as numerous factors, including the personality and motivation of opposing counsel and parties, are at this time unknown.

## IX. RETAINER

You have agreed to provide us with an initial retainer, which is an advance against fees and costs, in the sum of:

A post petition payment $15,000.00 subject to the approval of the court.

## X. BILLABLE TIME

Any time billed pursuant to the hourly rate stated herein, will cover the following services which include but is not limited to, time spent on telephone conversations, drafting letters, pleadings, or other documents, travel, preparing for or appearing at trial, arbitration, other similar proceedings, communications about unpaid bills hereunder, or any court appearance, research and investigation, reviewing documents, etc.

## XI. WITHDRAWAL

We may withdraw from representing you in this matter if we are unable to prosecute your case upon written notice to you of our intent to do so subject to the approval of the court. We, of course, will take such steps to minimize foreseeable prejudice to you, if necessary, should there be insufficient time for you to retain new counsel. We will bill at the reasonable hourly rate stated in this contract should we be required to take these minimum steps prior to withdrawal. However, no payment is required unless there is court approval.

## XII. EFFECTIVE DATE

This agreement is effective as of and relates back to the date we first provided legal counsel to you in reference to this matter subject to the approval of the court. This agreement supersedes and cancels, as of the date hereof, all previous understandings between us concerning the subject hereof

## XIII. LATE PAYMENTS

We reserve the right to withdraw as your counsel in the event that we are unable to be reimbursed for costs advanced or not paid any court approved fees subject to the approval of the court.

### XIV. MISCELLANEOUS

Subject to court approval, if any portion of this agreement shall be found to be, for any reason, invalid or unenforceable, the same shall not affect the validity or enforceability of the remaining portions hereof, the invalid or unenforceable provisions being severable. No waiver of any of the rights or provisions hereof shall be deemed a continuous, permanent or ongoing waiver of the same. Caption or headings used herein are used for the sake of convenience only, and shall not be used in construing this agreement. This agreement constitutes the entire understanding of the parties regarding the subject hereof. This agreement may be signed in various counterparts, all of which will constitute the original.

### XV. ACTIONS

In the event of any action or proceeding based on nonpayment of fees hereunder, the prevailing party thereto shall be entitled to recover, in addition to any other award, a reasonable attorney's fee and incidental cost of litigation, such as the expense of depositions, subject to court approval. If any election is made to arbitrate any such dispute pursuant to Sections 6200 et seq. of the Business and Professions Code, such arbitration proceeding shall be final, binding and conclusive and judgment thereon shall be capable of being entered in any court having jurisdiction, subject to court approval. This contract shall be deemed to be entered into the County of Contra Costa, State of California.

### XVI. DISCLOSURES TO CLIENT

Although the above fee is based on an hourly fee basis, you may wish to know that Business and Professions Code Section 6147 requires an attorney who contracts to represent a plaintiff on a contingent fee basis to make certain disclosures in the contract. These disclosures may apply to any portion of the fee based on a percentage of the recovery that are approved by the court.

A. For related matters not covered by this contract, you may be required to pay additional compensation to the attorney, subject to court approval, if such matters require the attention of the attorney although the attorney may not be required to perform any additional services without an express written agreement to do so. Any services, however, rendered without a prior agreement but at the request of the client, shall be billed at the rate of $300.00 per hour.

B. You are advised that all fees are not set by law but are negotiable between attorney and client.

C. We do not carry malpractice insurance to cover the services provided in this agreement.

D. Should this agreement be deemed void or is voided by you, then we will be entitled to collect a reasonable fee, subject to court approval, based upon the hours we have

4

incurred in this case and the costs advanced. It is agreed that a reasonable hourly rate is $300.00 per hour.

YOU HAVE THE RIGHT TO INDEPENDENT LEGAL COUNSEL TO REVIEW THIS AGREEMENT PRIOR TO OR AFTER YOUR SIGNING.

Thank you for retaining our law firm to assist you with your legal needs.

For the Law Offices of Lewis Phon

/s/ Lewis Phon
_____
LEWIS PHON


APPROVED:

DATED: 718/13           /s/ Norman John Exline
                        _____
                        Norman John Exline


DATED: 7/18/13          /s/ Cecilia Exline
                        _____
                        Cecilia Exline

5