BARBARA A. MATTHEWS (SBN 195084)
Assistant U.S. Trustee
MARGARET H. MCGEE (SBN 142722)
Trial Attorney
U.S. DEPARTMENT OF JUSTICE
Office of the United States Trustee
1301 Clay Street, Suite 690N
Oakland, California 94612-5231
Email: maggie.mcgee@usdoj.gov
Telephone: (510) 637-3200

Attorneys for Acting United States Trustee,
Region 17, AUGUST B. LANDIS

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re ) | Case No. 12-49146 WJL |
| ) | |
| NORMAN JOHN EXLINE and CECILIA ) | Chapter 11 |
| KING EXLINE, ) | |
| ) | Hearing Requested |
| Debtors. ) | |

**UNITED STATES TRUSTEE'S OBJECTION TO EX PARTE APPLICATION TO EMPLOY LEWIS PHON AS ATTORNEY FOR THE ESTATE**

August B. Landis, the Acting United States Trustee for Region 17 ("U.S. Trustee"), hereby objects to the "Ex Parte Application To Employ Lewis Phon As Attorney For The Estate" ("Application") filed by Debtors for the reasons set forth below:

1. Section 5, lines 22-23 provide that Lewis Phon ("Proposed Counsel") is requesting a post-petition retainer of $15,000.00, however Debtor has failed to provide notice to all creditors.

2. Although Debtor has filed a proof of service indicating the proposed order was served on the U.S. Trustee, the U.S. Trustee's Office either did not receive it or it was misplaced thus, the U.S. Trustee has been unable to review the proposed order.

For all of the above reasons, the U.S. Trustee requests that Debtors' Application not be approved in its present form.

Date: August 6, 2013

        BARBARA A. MATTHEWS
        Assistant United States Trustee

        <u>Margaret H. McGee</u>
        MARGARET H. MCGEE
        Trial Attorney

        Attorneys for August B. Landis,
        Acting United States Trustee