**Robert C. Borris Jr., Esq.**
Bar #85415

21550 Foothill Boulevard, Second Floor
Hayward, California 94541
(510) 581-7111  Facsimile (510) 582-6729
Cell (510) 410-3789
www.lawofficesofrobertcborris.com
Rborrisjr@aol.com

Attorney at Law

Attorney for Debtors NORMAN JOHN EXLINE & CECILIA KING EXLINE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re

| | |
|---|---|
| NORMAN JOHN EXLINE & CECILIA KING EXLINE,<br><br>    Debtors<br>_____/ | **Chapter 11 N0 12-49146**<br><br>**NOTICE OF NON-OPPOSITION TO MOTION TO CONVERT**<br><br>**Date: February 26, 2014**<br>**Time: 10:30 AM**<br>**Department 220**<br>**JUDGE WILLIAM LAFFERTY** |

I, ROBERT C. BORRIS JR., ESQ. declare under penalty of perjury under the laws of the United States as follows:

Debtors Norman John Exline and Cecilia King Exline have no opposition to the US Trustee's Motion to Convert this case to a chapter 7 case.

February 14, 2014

/s/ Robert C. Borris Jr., Esq.
Counsel for Debtors

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | Norman John Exline |
| 3 | 9 Creekledge Ct. |
|   | Danville, CA 94506 |
| 4 | |
|   | Cecilia King Exline |
| 5 | 9 Creekledge Court |
|   | Danville, CA 94506 |
| 6 | |
| 7 | Lewis Phon |
|   | Law Offices of Lewis Phon |
| 8 | 4040 Heaton Court |
|   | Antioch, CA 94509 |
| 9 | |
| 10 | Robert W. Beck |
|    | 3828 Carson St., Suite 100 |
| 11 | Torrance, CA 90503-0324 |
| 12 | |
|    | Margaret H. McGee |
| 13 | Office of the U.S. Trustee |
|    | 1301 Clay St. #690N |
| 14 | Oakland, CA 94612-5217 |

February 14, 2014

/s/ Robert C. Borris Jr., Esq.
Attorney for Debtors