**Entered on Docket**
**March 04, 2014**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



1  TRACY HOPE DAVIS
   U.S. Trustee for Region 17
2  U.S. DEPARTMENT OF JUSTICE
   Office of the United States Trustee
3  1301 Clay Street, Suite 690N
   Oakland, California 94612-5231
4  Email:       Lynette.C.Kelly@usdoj.gov
   Telephone:   (510) 637-3200
5  By:    BARBARA A. MATTHEWS (SBN 195007)
          Assistant U.S. Trustee
6         LYNETTE C. KELLY (SBN 120799)
          Trial Attorney

The following constitutes the order of the court.
Signed March 3, 2014

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re:

NORMAN JOHN EXLINE AND CECILIA KING EXLINE,

            Debtors.

Case No. 12-49146 WJL

Chapter 11

Date:  February 26, 2014
Time:  10:30 a.m.
Place: Room 220 1300 Clay St.,
       Oakland, California 94612

### ORDER, PURSUANT TO 11 U.S.C. § 1112(b), TO CONVERT THE CASE TO A CASE UNDER CHAPTER 7

Tracy Hope Davis, the U.S. Trustee for Region 17 (the "U.S. Trustee"), having filed a Motion to Convert or Dismiss the above-captioned case, and a hearing having been held at the above date, time and location, appearances as noted on the record, and for the reasons stated on the record, and it having been established that good cause exists for the conversion of the above-captioned case; now, it is hereby

ORDERED that this case is CONVERTED to a case under Chapter 7; and it is further

//

12-49146, Order Converting Case - 1

ORDERED that Debtors and Debtor's attorney shall:

   a.   forthwith turn over to the chapter 7 trustee all records and property of the estate under their possession or control, as required by Federal Rule of Bankruptcy Procedure ("FRBP") 1019(4);

   b.   within 14 days of the date of this order, file a schedule of unpaid debts incurred after the filing of the petition and before conversion of the case, including the name and address of each holder of a claim, as required by FRBP 1019(5)(A)(I);

   c.   within 30 days of the date of this order, file a final report and account of all receipts and distributions made, as required by FRBP 1019(5)(A)(ii); and

   d.   within 30 days of the date of this order, or before the first date set for the meeting of creditors, whichever is earlier, file a statement of intention with respect to retention or surrender of property securing consumer debts, as required by 11 U.S.C. § 521(a)(2)(A) and FRBP 1007(b)(2) and 1019(1)(B); and it is further

ORDERED that Debtors and Debtors' attorney shall, within 14 days of the date of this order, file the statements and schedules required by 11 U.S.C. § 521(a)(1) and FRBP 1019(1)(A) and 1007(b), if such documents have not already been filed; and it is further

ORDERED that the Debtors shall cooperate with the trustee, as required by 11 U.S.C. § 521(a)(3); and it is further

ORDERED that the Debtors shall surrender to the trustee all property of the estate and any recorded information, including books, documents, records and papers, relating to property of the estate, as required by 11 U.S.C. § 521(a)(4); and it is further

ORDERED that the Debtors shall appear and submit to examination under oath at the meeting of creditors in this chapter 7 case.

The interim trustee selected by the appointment process instituted by the U.S. Trustee is Lois I. Brady, who is to serve under the blanket bond in place in this District.

*********END OF ORDER*********

12-49146, Order Converting Case - 2

Case: 12-49146   Doc# 70   Filed: 03/03/14   Entered: 03/04/14 08:58:31   Page 2 of 3

COURT'S SERVICE LIST

ECF Service

Debtor(s)

Norrman John Exline
9 Creekledge Court
Danville, CA 94506

Cecilia King Exline
9 Creekledge Court
Danville, CA 94506