B6B (Official Form 6B) (12/07)

In re   Norman John Exline and Cecilia King Exline  12-49146          Case No. 12-49146
        **Debtor**                                                         **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See. 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Wells Fargo Debtor in Possession checking<br>Camino Tassajara Center<br>Danville CA 9406 | C | 4,405.03 |
| | | Wells Fargo Debtor in Possession savings account<br>Camino Tassajara Center<br>Danville CA 94506 | C | 4,663.01 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | household furniture, furnishings, appliances<br>9 Creekledge Ct, Danville CA | C | 10,000.00 |
| 5. Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | books, pictures, art work<br>9 Creekledge Ct<br>Danville CA 94506 | C | 500.00 |
| 6. Wearing apparel. | | personal attire/ wearing apparel<br>9 Creekledge Ct<br>Danville CA 94506 | C | 1,000.00 |
| 7. Furs and jewelry. | | jewelry- wedding ring, gold broach, rings<br>9 Creekledge Ct<br>Danville CA 94506 | C | 7,500.00 |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-815 - 33015-301X-***** - Adobe PDF

In re   Norman John Exline and Cecilia King Exline  12-49146          Case No. 12-49146
         **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | term life policy with New York Life- wife is insured<br>9 Creekledge Ct<br>Danville CA 94506 | C | 250,000.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses.  Itemize. | | Advantage Financial Enterprises Inc.<br>Loan brokerage business at 9 Creekledge Ct, Danville CA | C | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | Piedmont Oak Estates LLC<br>Placerville CA. Development of a subdivision which was foreclosed upon by Caditz & Beyerelin and Terry Chan circa 11/2011 | C | 0.00 |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Promissory Note from Harry Nizamian, unsecured, delinquent<br>9 Creekledge Ct<br>Danville CA 94506 | C | 29,000.00 |
| | | Promissory Note, unsecured  with Bruce Nash $10,000 face<br>9 Creekledge Ct<br>Danville CA 94506 | C | 10,500.00 |

In re   Norman John Exline and Cecilia King Exline  12-49146      Case No.  12-49146
              Debtor                                                                     (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Don Rieck fees owing to Debtors for real estate loan modification service | C | 2,000.00 |
| | | Tanya Dominic DeFrances fees owing for loan modification services | C | 2,500.00 |
| | | Penny Jones fees owing for loan modification services | C | 1,000.00 |
| | | Ronald Van Horn fees owing for loan modification services | C | 5,000.00 |
| | | Loan to Debtors' son Daniel King $3000 | C | 3,000.00 |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | | Judgment against Patricia Martin and Jeff King in Contra Costa County Superior Court $312,000<br>9 Creekledge Ct<br>Danville CA 94506 | C | 400,000.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | California Real Estate Broker's License | C | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

In re   Norman John Exline and Cecilia King Exline  12-49146         Case No. 12-49146
       **Debtor**                                                                 **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2012 E350 w/ 6000 miles leased in daughter's name Tiffany King<br>9 Creekledge Ct<br>Danville CA 94506 | C | 0.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | 2 laptop computers- Fujitsu<br>9 Creekledge Court<br>Danville CA 94506 | C | 100.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

             0    continuation sheets attached     Total  $        731,168.04

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

In re  Norman John Exline and Cecilia King Exline  12-49146      Case No.  12-49146
      **Debtor**                                                              **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)                    ☐ Check if debtor claims a homestead exemption that exceeds $155,675*.
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---:|---:|
| 9 Creekledge Ct Danville CA 94506 | C.C.P. 703.140(b)(1) | 1.00 | 1,300,000.00 |
| Wells Fargo Debtor in Possession checking | C.C.P. 703.140(b)(5) | 4,405.03 | 4,405.03 |
| Wells Fargo Debtor in Possession savings account | C.C.P. 703.140(b)(5) | 4,663.01 | 4,663.01 |
| household furniture, furnishings, appliances | C.C.P. 703.140(b)(3) | 10,000.00 | 10,000.00 |
| books, pictures, art work | C.C.P. 703.140(b)(6) | 500.00 | 500.00 |
| personal attire/ wearing apparel | C.C.P. 703.140(b)(3) | 1,000.00 | 1,000.00 |
| jewelry- wedding ring, gold broach, rings | C.C.P. 703.140(b)(1) C.C.P. 703.140(b)(4) | 6,075.00 1,425.00 | 7,500.00 |
| term life policy with New York Life- wife is insured | C.C.P. 703.140(b)(7) | 250,000.00 | 250,000.00 |
| Promissory Note from Harry Nizamian, unsecured, delinquent | C.C.P. 703.140(b)(5) | 7,781.96 | 29,000.00 |
| 2 laptop computers- Fujitsu | C.C.P. 703.140(b)(6) | 100.00 | 100.00 |
| Penny Jones fees owing for loan modification services | C.C.P. 703.140(b)(1) | 1,000.00 | 1,000.00 |
| Loan to Debtors' son Daniel King $3000 | C.C.P. 703.140(b)(1) | 3,000.00 | 3,000.00 |

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.