B6D (Official Form 6D) (12/07)

In re  Norman John Exline and Cecilia King Exline  12-49146 ,  Case No. 12-49146
      Debtor       (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.
    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.
    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."
    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)
    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Aurora Loan Servicing <br> P.O. Box 650783. <br> Dallas, TX 75265- | | C | Lien: First Deed of Trust <br> Security: 1057 Ocho Rios Drive <br> Danville CA <br><br> VALUE $ 1,000,000.00 | | | | 800,000.00 | 0.00 |
| ACCOUNT NO. <br> Eugenia Chapman <br> c/o Hermelin Law Firm <br> Old City Hall <br> 706 Main Street C | | C | Lien: Judgment Lien <br> Security: 9 Creekledge Ct <br> Danville CA 94506 <br><br> VALUE $ 1,300,000.00 | | | | 370,239.00 | 370,239.00 This amount based upon existence of Superior Liens |
| ACCOUNT NO. <br> JPMorgan Chase Bank, N.A. <br> c/o 5 Lakes Agency, Inc. <br> P.O. Box 80730 <br> Rochester, MI 48308 | | C | Lien: Second Deed of Trust <br> Security: 9 Creekledge Ct <br> Danville CA 94506 <br><br> VALUE $ 1,300,000.00 | | | | 435,738.75 | 435,738.75 This amount based upon existence of Superior Liens |

__1__ continuation sheets attached

                                 Subtotal ▶    $1,605,977.75    $805,977.75
                    (Total of this page)
                                   Total ▶    $    $
                 (Use only on last page)
                         (Report also on      (If applicable, report
                        Summary of Schedules)    also on Statistical
                                              Summary of Certain
                                              Liabilities and Related
                                              Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-815 - 33015-301X-***** - Adobe PDF

Case: 12-49146    Doc# 88    Filed: 09/24/14    Entered: 09/24/14 14:32:00    Page 1 of 9

**B6D (Official Form 6D) (12/07) – Cont**.

In re   Norman John Exline and Cecilia King Exline  12-49146         Case No.   12-49146
                                   **Debtor**                                                            **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>OCWEN Loan Servicing, LLC<br>PO Box 24737<br>West Palm Beach, FL 33416-4737 | | C | Lien: First Deed of Trust<br>Security: 9 Creekledge Ct<br>Danville CA 94506<br><br>VALUE $  1,300,000.00 | | | | 1,757,597.10 | 457,597.10 |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s) (Total(s) of this page)   $ 1,757,597.10   $ 457,597.10

Total(s) (Use only on last page)   $ 3,363,574.85   $1,263,574.85

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Case: 12-49146   Doc# 88   Filed: 09/24/14   Entered: 09/24/14 14:32:00   Page 2 of 9

B6F (Official Form 6F) (12/07)

In re  Norman John Exline and Cecilia King Exline, 12-49146       Case No. 12-49146
          Debtor                                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Alliance HealthCare Services <br> 100 Bayview Circle, Suite 400 <br> Newport Beach, CA 92660 | | W | Consideration: Medical Services | | | | 432.70 |
| ACCOUNT NO. <br> Arrowhead Ranch Phase 1 HOA <br> c/o Mulcahy Law Firm <br> 3001 E Camelback Rd 130 <br> Phoenix AZ 85016 | | C | Incurred: 2010 <br> Consideration: HOA dues | | | | 2,266.00 |
| ACCOUNT NO. <br> ASAP Collection/Credit Bureau Associates <br> PO Box 150 <br> Fairfield CA 94533 | | C | Incurred: 2010 <br> Consideration: Homeowners Assn dues | | | | 5,400.00 |
| ACCOUNT NO. <br> AT&T/ARSI Corporate <br> 555 St Charles Dr 100 <br> Thousand Oaks CA 91360 | | C | Incurred: 2010 <br> Consideration: telephone service bill | | | | 250.00 |

_6_ continuation sheets attached

Subtotal ▶ $ 8,348.70

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  Norman John Exline and Cecilia King Exline  12-49146 ,  Case No. 12-49146
          **Debtor**                             **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Capital One Bank<br>PO Box 71083<br>Charlotte NC 28272 | | C | Incurred: 2011<br>Consideration: Credit Card Debt (Unsecured) | | | | 10,000.00 |
| ACCOUNT NO.<br>Capital One Bank/IRL Law Offices<br>PO Box 84060<br>San Diego CA 92138 | | C | Incurred: 2010-2011 | | | | Notice Only |
| ACCOUNT NO.<br>Capital One Bank/Regional Adjustment<br>PO Box 34111<br>Memphis TN 38184 | | C | Incurred: 2010-2100 | | | | Notice Only |
| ACCOUNT NO.<br>Caramazza Development<br>267 Alabaster Point Way<br>Folsom, CA 95630-7191 | | C | Incurred: 2009-2011<br>Consideration: Potential investor liability on real estate development in Placerville CA | X | X | X | Unknown |
| ACCOUNT NO.<br>Chase Auto Finance<br>PO Box 78067<br>Phoenix AZ 85062 | | C | Incurred: 2010<br>Consideration: Deficiency claim upon totaling of car for insurance purposes | | | | Unknown |

Sheet no.  1  of  6  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 10,000.00

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Norman John Exline and Cecilia King Exline  12-49146,  Case No. __12-49146_____
           Debtor                                                 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Chase Bank/Creditors Interchange<br>PO Box 1335<br>Buffalo NY 14240 | | C | Incurred: 2009-2010 | | | | Notice Only |
| ACCOUNT NO.<br>Chase Bank/MRS Associates<br>1930 Olney Ave<br>Cherry Hill NJ 08003 | | C | Incurred: 2009 | | | | Notice Only |
| ACCOUNT NO.<br>Chase Home Finance/Oxford Mgmt Services<br>PO Box 1991<br>Southgate MI 48195 | | | | | | | Notice Only |
| ACCOUNT NO.<br>Chase Home Finance/Professional Recovery<br>PO Box 1880<br>Voorhees NJ 08043 | | C | | | | | Notice Only |
| ACCOUNT NO.<br>Contra Costa County Assessors Office<br>2530 Arnold Drive Suite 100<br>Martinez, CA | | C | Incurred: 2009<br>Consideration: unsecured real property tax roll assessment | | | | 12,000.00 |

Sheet no. _2__ of _6___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 12,000.00

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  Norman John Exline and Cecilia King Exline  12-49146,   Case No. __12-49146_____
  Debtor                                                                (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>EZ Pool Guy<br>PO Box 186<br>Youngtown AZ 85363 | | C | Incurred: 2011<br>Consideration: maintenance fees | | | | 250.00 |
| ACCOUNT NO.<br><br>Intero Realty<br>1567 Meridian Avenue<br>San Jose, CA 95125 | | H | Incurred: 2010<br>Consideration: lease default on real property | | | | 40,000.00 |
| ACCOUNT NO.<br><br>Jeffrey Hammond<br>P.O. Box 5414<br>Mooresville, NC 28117 | | C | Incurred: 2010<br>Consideration: promissory note | | | | 100,000.00 |
| ACCOUNT NO.<br><br>John Michael and Marianne Exline<br>1057 Ochos Rios<br>Danville CA 94526 | | C | Incurred: 2006<br>Consideration: business loan, unsecured | | | | 20,000.00 |
| ACCOUNT NO.<br><br>JP Morgan Chase<br>PO Box 78035<br>Phoenix AZ 85062 | | C | Incurred: 2009-2011<br>Consideration: Credit Card Debt (Unsecured) | | | | 4,000.00 |

Sheet no. _3___ of _6____ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 164,250.00

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Norman John Exline and Cecilia King Exline  12-49146 ,  Case No. __12-49146_____
         Debtor                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Kel Kris Assts/Credit Burea Assts<br>c/o Terry Duree<br>622 Jackson Street<br>Fairfield CA 94533 | | | Incurred: unknown<br>Consideration: Homeowner Association dues | | | | 7,000.00 |
| ACCOUNT NO.<br>Macy's<br>Post Office Box 7346,<br>Philadelphia, PA 19101-7346 | | C | Incurred: 2012<br>Consideration: credit card | | | | 600.00 |
| ACCOUNT NO.<br>Mercedes-Benz Financial Services<br>P.O. Box 17496<br>Baltimore, MD 21297-1496 | | C | Incurred: 2012<br>Consideration: deficiency in return of leased vehicle | | | | 7,000.00 |
| ACCOUNT NO.<br>Michael Forkas<br>c/o Mellen Law Firm<br>411 Borel Ave, Suite 230<br>San Mateo, CA 94402 | | H | Consideration: Lawsuit | | | | Notice Only |
| ACCOUNT NO.<br>Patenaude & Felix APC, C/O TARGET<br>4545 Murphy Canyon Rd 3d Floor<br>San Diego CA 92123 | | | | | | | Notice Only |

Sheet no. __4__ of __6__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶    $    14,600.00

Total ▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re  Norman John Exline and Cecilia King Exline 12-49146 ,   Case No. 12-49146
                                      Debtor                                                                   (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Pitney Bowes/LTD Financial Services<br>7322 Southwest Freeway 1600<br>Houston TX 77074 | | C | Incurred: 2010<br>Consideration: Equipment purchase | | | | 771.00 |
| ACCOUNT NO.<br>Pitney Bowes/Vital Recovery Services<br>PO Box 923728<br>Norcross GA 30010 | | | | | | | Notice Only |
| ACCOUNT NO.<br>Premier Financing/ Beck & Browning<br>3828 Carson Street, Suite 100.<br>Torrance California 90503 | | | Consideration: Mercedes Benz Financial deficiency claim | | | | Notice Only |
| ACCOUNT NO.<br>Raghbir Sahnan<br>c/o John Grifin III<br>1010 F St 200<br>Sacramento CA 95814 | | H | Incurred: 2006<br>Consideration: pending lawsuit 34-3009-00033163 Sacramento County CA for breach, fraud, etc. | X | X | X | 150,000.00 |
| ACCOUNT NO.<br>Target National Bank<br>PO Box 59317<br>Minneapolis MN 55459 | | C | Incurred: 2010-2011<br>Consideration: Credit Card Debt (Unsecured) | | | | 6,555.00 |

Sheet no. 5 of 6 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $    157,326.00

Total ▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  Norman John Exline and Cecilia King Exline  12-49146,   Case No. __12-49146_____
                                                 Debtor                                           (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Target National/ ER Solutions<br>800 SW 39th St<br>PO Box 9004<br>Renton WA 98057 | | | | | | | Notice Only |
| ACCOUNT NO.<br>William S. Bichard/Duetco Designs<br>485 Beacon Ridge Lane<br>Walnut Creek CA 94597 | | C | Incurred: 2011<br>Consideration: business card printing charges | | | | 797.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __6__ of __6__ continuation sheets attached                 Subtotal ▶    $      797.00
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                             Total ▶    $    367,321.70

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)