ERIC A. NYBERG, ESQ. (Bar No. 131105)
CHRIS D. KUHNER, ESQ. (Bar No. 173291)
**KORNFIELD, NYBERG, BENDES & KUHNER, P.C.**
1970 Broadway, Suite 225
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669
Email: e.nyberg@kornfieldlaw.com
Email: c.kuhner@kornfieldlaw.com

Attorneys for Trustee, John T. Kendall

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>NORMAN JOHN EXLINE, fdba Advantage Financial, Advantage Financial Enterprises, Piedmont Oak Estates, and CECILIA KING EXLINE<br><br>Debtors. | Case No. 12-49146<br><br>Chapter 7<br><br>**APPLICATION FOR ORDER AUTHORIZING TRUSTEE TO EMPLOY ATTORNEYS** |

TO: THE HONORABLE WILLIAM J. LAFFERTY, UNITED STATES BANKRUPTCY JUDGE:

The application of John T. Kendall, as Trustee of the estate of Norman John Exline, fdba Advantage Financial, Advantage Financial Enterprises, Piedmont Oak Estates, and Cecilia King Exline respectfully represents:

1. An Order for Relief was entered herein under Chapter 11 of Title 11 U.S.C. on November 12, 2012.

2. The Debtor's case was converted to a Chapter 7 on March 3, 2014.

2. Your applicant is the duly appointed and acting Chapter 7 Trustee in said case.

3. Your applicant requires the assistance of counsel so as to enable him to perform properly his functions as Trustee. Specifically, the retention of attorneys is necessary in connection with the following specific matters:

    (a) To assist the Trustee in investigating potential property of the estate;

    (b) To assist the Trustee in the collection of judgment which is property of the

Application for Order Authorizing Trustee to Employ Attorneys -1-

1 estate;

2     (c)    To assist the Trustee in investigating and pursue as warranted, potential avoidance
3 claims.

4     4.    In addition, your applicant may ask said counsel to handle the following general
5 matters:

6     (a)    Examination of the debtors and other parties as to the acts, conduct and
7 property of the debtors;

8     (b)    The preparation of records and reports as required by the Bankruptcy Rules
9 and Local Bankruptcy Rules;

10     (c)    The preparation of applications and proposed orders to be submitted to the
11 Court;

12     (d)    The identification and prosecution of claims and causes of action assertable
13 by applicant on behalf of the estate herein;

14     (e)    The examination of proofs of claim previously filed and to be filed herein
15 and the possible prosecution of objections to certain of such claims;

16     (f)    Advising the trustee and preparing documents in connection with the
17 liquidation of the assets of the estate, including analysis and collection of outstanding receivables,
18 if any;

19     (g)    Investigate and prosecute as necessary, any potential claims under 11
20 U.S.C. §727;

21     5.    The trustee has conferred with, and now desires to retain and employ, the firm of
22 Kornfield, Nyberg, Bendes & Kuhner, P.C., as his attorneys to perform all of the above-described
23 services necessary and desirable in the administration and liquidation of this estate. The law firm
24 is employed on an hourly basis with compensation to be paid at its regular hourly rates and is to be
25 reimbursed for expenses it incurs in representing the Trustee. The firm's current billing rates are
26 set forth on Exhibit "A" attached hereto, and said billing rates are subject to change from time to
27 time as circumstances warrant. Further, such arrangement is subject to possible changes under
28 Bankruptcy Code §328(a). Compensation for services rendered and reimbursement for expenses

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1970 Broadway, Suite 225
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669

**Kornfield, Nyberg, Bendes & Kuhner, P.C.**
1970 Broadway, Suite 225
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669

1 incurred are to be paid as allowed by the court after notice and hearing.

2     6.    The Trustee has selected as his attorneys the firm of Kornfield, Nyberg, Bendes & Kuhner, P.C., because of the extensive experience and knowledge of the firm's members and associates in the field of bankruptcy, insolvency and debtor's and creditors' rights. Accordingly, the trustee believes that these attorneys are well qualified to represent him in this Chapter 7 case.

    7.    The firm of Kornfield, Nyberg, Bendes & Kuhner, P.C. has indicated its willingness to act on the trustee's behalf and to be compensated in accordance with the terms and conditions set forth herein.

    8.    To the best of applicant's knowledge, the members and associates of the firm of Kornfield, Nyberg, Bendes & Kuhner, P.C. do not have any connection with the trustee, the debtor, its creditors, or any other party in interest, or the respective attorneys or accountants, or the United States Trustee, or any person employed in the office of the United States Trustee, and represent no interest adverse to the estate in the matters upon which it is to be retained, except that such firm represents me as Trustee in bankruptcy in other cases in which I am serving.

**WHEREFORE**, applicant requests the entry of an order authorizing him to employ and retain the firm of Kornfield, Nyberg, Bendes & Kuhner, P.C. pursuant to the terms and conditions recited above, to represent him in this Chapter 7 case.

Dated: September 24, 2014

                                               By: /s/ John T. Kendall
                                                     Trustee in Bankruptcy

**EXHIBIT "A"**

**KORNFIELD, NYBERG, BENDES & KUHNER, P.C.**

**HOURLY RATE SCHEDULE - 2014**

| *Attorney Name* | *Atty. Code* | *Hourly Rate* |
|---|---|---|
| Eric A. Nyberg | EAN | 425.00 |
| Charles N. Bendes | CNB | 390.00 |
| Chris D. Kuhner | CDK | 385.00 |
| *Paralegal/Miscellaneous* | *Code* | *Hourly Rate* |
| Nancy Nyberg (Bookkeeping & Accounting) | NN | 80.00 |
| Jessica Mangaccat (Paralegal Assistant) | JM | 80.00 |

**Kornfield, Nyberg, Bendes & Kuhner, P.C.**
1970 Broadway, Suite 225
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669

# DECLARATION OF SERVICE

I, the undersigned, declare:

I am employed in the City of Oakland, County of Alameda, California. I am over the age of 18 years and not a party to this action. My business address is 1970 Broadway, Suite 225, Oakland, California 94612.

I am readily familiar with the business practices of my employer, Kornfield, Nyberg, Bendes & Kuhner, P.C., for the collection and processing of correspondence for mailing with the United States Postal Service and that correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

On September 25, 2014, I served the following documents:

**APPLICATION FOR ORDER AUTHORIZING TRUSTEE TO EMPLOY ATTORNEYS;**

**DECLARATION OF PROPOSED ATTORNEY TO BE RETAINED; AND**

**[PROPOSED] ORDER AUTHORIZING EMPLOYMENT OF ATTORNEYS**

by placing copies of said documents in a sealed envelope and served in the manner described below addressed as follows:

U.S. Trustee
1301 Clay Street, Suite 690N
Oakland, CA 94612-5202

I placed such envelopes for collection and mailing at my employer's office following ordinary business practices, addressed to the addressee designated.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of September, 2014 at Oakland, California.

/s/ Jessica Mangaccat

Application for Order Authorizing Trustee to Employ Attorneys    -5-