HEIDI COAD-HERMELIN (SBN: 161510)
HERMELIN LAW FIRM
Old City Hall Building
706 Main Street, Suite C
Martinez, California 94553
Telephone: (925) 228-6500
Facsimile: (925) 228-6507

Attorneys for Creditor
EUGENIA H. CHAPMAN

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In Re:

NORMAN JOHN EXLINE,
CECILIA KING EXLINE,

Debtors.
_____/

Case No. 12-49146
(Chapter 7 Proceeding)

**OBJECTION TO MOTION TO AVOID LIEN AND REQUEST FOR HEARING BY CREDITOR EUGENIA CHAPMAN**

Debtors originally filed a Chapter 11 bankruptcy on November 12, 2012. Ms. Chapman filed a claim asserting a secured lien against Debtors' real property which was not objected to.

Debtors attempt to amend their exemptions nearly two years later and after discharge in an amount above the limit allowed by law at the time of filing. The amount listed as exempt under CCP §703.140(b)(1) and (b)(5) under Debtors' Amended Schedule C is $26,925.00. Debtors are attempting to use the increased exemption amounts that currently are in place but must use the amounts provided by law when they filed. *In re Wilson* (2013) 494 BR 502; *In re Magallanes* (1988) 96 BR 253.

Because the claimed exemption is invalid, the Motion to Avoid Lien must be denied.

Dated: October 15, 2014

HERMELIN LAW FIRM

By  */s/ Heidi Coad-Hermelin*
_____
HEIDI COAD-HERMELIN
Attorney for Creditor Chapman