HEIDI COAD-HERMELIN (SBN: 161510)
HERMELIN LAW FIRM
Old City Hall Building
706 Main Street, Suite C
Martinez, California 94553
Telephone: (925) 228-6500
Facsimile: (925) 228-6507

Attorneys for Creditor
EUGENIA H. CHAPMAN

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>NORMAN JOHN EXLINE,<br>CECILIA KING EXLINE,<br><br>Debtors.<br>_____/ | Case No. 12-49146<br>(Chapter 7 Proceeding)<br><br>**WITHDRAWAL OF OBJECTION TO MOTION TO AVOID LIEN AND REQUEST FOR HEARING BY CREDITOR EUGENIA CHAPMAN**<br><br>Date: November 5, 2014<br>Time: 10:30 am<br>Room: 220 |

Creditor Eugenia Chapman withdraws her Objection to Debtors' Motion to Avoid Lien on 9 Creekledge Court, Danville, CA 94506.

Dated: November 3, 2014                HERMELIN LAW FIRM

                                        */s/ Heidi Coad-Hermelin*
                                    By _____
                                        HEIDI COAD-HERMELIN
                                        Attorney for Creditor Chapman