

THE LAW OFFICE OF ROBERT C. BORRIS JR., ESQ.
Robert C. Borris Jr., Esq. SBN 85415
21550 Foothill Blvd
Hayward, CA 94541
(510) 581-7111
(510) 582-6729 Fax
rborrisjr@aol.com

**The following constitutes the order of the court.
Signed November 6, 2014**

_____
**William J. Lafferty, III
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In Re:

NORMAN JOHN EXLINE & CECILIA KING EXLINE,

        Debtors

)
) Case No.: 12-49146
) Chapter 7
)
) **ORDER ON MOTION TO AVOID
) JUDICIAL LIEN (11 U.S.C. §522(f)(1)(A));**
)
)
)
)

THIS CASE came on for consideration of the Debtors' Motion to Avoid Lien of EUGENIA H. CHAPMAN (the "Motion"). A Final Judgment in favor of EUGENIA H. CHAPMAN was entered on May 3, 2012 in civil case C11-01763 in the Superior Court of California, County of Contra Costa, and recorded as Document Number DOC-2012-0148659-00 on June 22, 2012, in the Contra Costa County Records. The Final Judgment is a judicial lien that impairs the Debtors' primary residence, located at 9 Creekledge Court, Danville, CA 94506.

EUGENIA H. CHAPMAN filed an objection to the Motion on October 15, 2014. That objection was withdrawn on November 3, 2014 following a reply from Debtors on October 17, 2014. No other objections were filed. The Court has reviewed the Motion together with the record, and after a hearing on November 5, 2014 at 10:30AM, unopposed, hereby ORDERS:

1

1. Pursuant to 11 U.S.C. § 522(f), the judicial lien is avoided because it impairs an exemption to which the Debtors are entitled.

2. The judicial lien of EUGENIA H. CHAPMAN shall be deemed void, and shall be extinguished automatically, without further court order, upon entry of the Debtors' discharge in this case; provided, however, that the Court reserves jurisdiction to consider, if appropriate, the avoidance of EUGENIA H. CHAPMAN's judicial lien prior to the entry of the Debtors' discharge.

Accordingly, it is

**ORDERED** that the Motion is **GRANTED**.

***END OF ORDER***

## COURT SERVICE LIST

Eugenia H. Chapman
24253 N.E. Vine Maple Way
Redmond, WA 98053

Eugenia H. Chapman
c/o Heidi Coad-Hermelin
Hermelin Law Firm
706 Main Street, Suite C
Martinez, CA 94553