```
                              United States Bankruptcy Court
                              Northern District of California
```

In re:                                                                Case No. 12-49146-WJL
Norman John Exline                                                    Chapter 7
Cecilia King Exline
        Debtors
                              **CERTIFICATE OF NOTICE**

District/off: 0971-4          User: jbolts              Page 1 of 1        Date Rcvd: Nov 06, 2014
                              Form ID: pdfeoc           Total Noticed: 0

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2014.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Eugenia Chapman,    c/o Heidi Coad-Hermelin,   706 Main Street, Ste C,   Martinez
         ##+Eugenia H. Chapman,   24253 N.E. Vine Maple Way,   Redmond, WA 98053-5675
                                                                         TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2014                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2014 at the address(es) listed below:
              Eric A. Nyberg    on behalf of Trustee John  Kendall e.nyberg@kornfieldlaw.com,
               g.michael@kornfieldlaw.com
              Heidi A. Coad-Hermelin    on behalf of Creditor Eugenia  Chapman hch@hermelinlaw.com
              John   Kendall    jkendall.trustee@sbcglobal.net,   ca70@ecfcbis.com,
              Lewis   Phon    on behalf of Joint Debtor Cecilia King Exline lewisphon@att.net
              Lewis   Phon    on behalf of Debtor Norman John Exline lewisphon@att.net
              Lynette C. Kelly    on behalf of U.S. Trustee   Office of the U.S. Trustee/Oak
               lynette.c.kelly@usdoj.gov,   ustpregion17.oa.ecf@usdoj.gov
              Margaret H. McGee    on behalf of U.S. Trustee   Office of the U.S. Trustee/Oak
               maggie.mcgee@usdoj.gov,   Minnie.Loo@usdoj.gov
              Office of the U.S. Trustee/Oak    USTPRegion17.OA.ECF@usdoj.gov,   ltroxas@hotmail.com
              Robert C. Borris, Jr.    on behalf of Debtor Norman John Exline RBorrisjr@aol.com
              Robert C. Borris, Jr.    on behalf of Joint Debtor Cecilia King Exline RBorrisjr@aol.com
              Robert W. Beck    on behalf of Creditor   Premier Financial Services, LLC
               robert.beck@beckandbrowning.com,   steve.kaneyuki@beckandbrowning.com
                                                                                TOTAL: 11



THE LAW OFFICE OF ROBERT C. BORRIS JR., ESQ.
Robert C. Borris Jr., Esq. SBN 85415
21550 Foothill Blvd
Hayward, CA 94541
(510) 581-7111
(510) 582-6729 Fax
rborrisjr@aol.com

The following constitutes the order of the court.
Signed November 6, 2014

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In Re:

NORMAN JOHN EXLINE & CECILIA KING EXLINE,

Debtors

) Case No.: 12-49146
) Chapter 7
)
) **ORDER ON MOTION TO AVOID**
) **JUDICIAL LIEN (11 U.S.C. §522(f)(1)(A));**
)
)
)
)

THIS CASE came on for consideration of the Debtors' Motion to Avoid Lien of EUGENIA H. CHAPMAN (the "Motion"). A Final Judgment in favor of EUGENIA H. CHAPMAN was entered on May 3, 2012 in civil case C11-01763 in the Superior Court of California, County of Contra Costa, and recorded as Document Number DOC-2012-0148659-00 on June 22, 2012, in the Contra Costa County Records. The Final Judgment is a judicial lien that impairs the Debtors' primary residence, located at 9 Creekledge Court, Danville, CA 94506.

EUGENIA H. CHAPMAN filed an objection to the Motion on October 15, 2014. That objection was withdrawn on November 3, 2014 following a reply from Debtors on October 17, 2014. No other objections were filed. The Court has reviewed the Motion together with the record, and after a hearing on November 5, 2014 at 10:30AM, unopposed, hereby ORDERS:

1

1. Pursuant to 11 U.S.C. § 522(f), the judicial lien is avoided because it impairs an exemption to which the Debtors are entitled.

2. The judicial lien of EUGENIA H. CHAPMAN shall be deemed void, and shall be extinguished automatically, without further court order, upon entry of the Debtors' discharge in this case; provided, however, that the Court reserves jurisdiction to consider, if appropriate, the avoidance of EUGENIA H. CHAPMAN's judicial lien prior to the entry of the Debtors' discharge.

Accordingly, it is

**ORDERED** that the Motion is **GRANTED**.

***END OF ORDER***

1
2
3
4
5
6
7
8
9
10
...
28

## COURT SERVICE LIST

Eugenia H. Chapman
24253 N.E. Vine Maple Way
Redmond, WA 98053

Eugenia H. Chapman
c/o Heidi Coad-Hermelin
Hermelin Law Firm
706 Main Street, Suite C
Martinez, CA 94553